

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-18-00565-CR

**IN RE** Roger **SOLIZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Irene Rios, Justice

On August 22, 2018, this court issued an opinion denying relator's petition for writ of mandamus. On August 29, 2018, we denied relator's motion for rehearing. On November 7, 2018, relator filed a "Motion to Reinstate," which we construe as a request that we reconsider our denial of relator's petition. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on December 6, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009-CR-0755B, styled *The State of Texas v. Roger Soliz*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.